Clerk, Abel Acosta

Aug 6, 2015

71,693-02

Dear Sir, My name is Scott Anthony Crow, Inmate #2006739, serving a 20 year sentence for D.W.I., out of Ector County, Texas.

I don't have my cause number available to me at this time, but I am sure that Ector County has finally forwarded my Habeas Corpus 11.07 to your office, after a 35(+) day delay. Can you please forward any responses, writ #'s to my new address here in Lubbock, at the Units address listed below.

Also, can you tell me how long an 'Uncontested appeal' takes before the Honorable Judges tend to respond?

Thank you for your valuable time, and consideration.

Respectfully;

Scott A. Crow
# 2006739

John Montford Unit
8602 Peach Street
Lubbock, Texas 79404

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 14 2015

Abel Acosta, Clerk